BROPHY et al. v. KELLY. (No. 7062.)

(Court of Civil Appeals of Texas. San Antonio. Oct. 24, 1917. Rehearing Denied Nov. 21, 1917.)

APPEAL AND ERROR ☞511(3)—OMISSIONS IN RECORD — ALLOWANCE OF TIME FOR FILING BILL OF EXCEPTIONS.

Where 90 days were allowed to file statement of facts and bills of exception, and neither has been presented to the appellate court more than 6 months after adjournment of the term of the trial court, and no good and valid reason for failure is offered, a motion to affirm will be granted.

Appeal from District Court, Hidalgo County; V. W. Taylor, Judge.

Suit between Chas. A. Brophy and others and John C. Kelly. Judgment for the latter, and the former appeal. Motion by John C. Kelly to affirm on certificate. Granted.

E. F. Thompson, of Chicago, Ill., for appellants. L. J. Polk, Jr., of Pharr, Sleeper, Boynton & Kendall, of Waco, and W. S. Peyton, of San Antonio, for appellee.

FLY, C. J. This case was tried on March 30, 1917, in Hidalgo county, and the term of the court closed on April 2, 1917, and 90 days was allowed by the court in which to file statement of facts and bills of exception. No statement of facts, bills of exception, or transcript of the proceedings had been presented to this court when the motion was submitted on October 17, 1917, more than 6 months after the district court of Hidalgo county adjourned. No good and valid reason has been offered for a failure to file the transcript and statement of facts, but affidavits filed herein indicate an utter lack of diligence to prosecute the appeal. No transcript was applied for in the case until October 6, 1917.

The motion to affirm on certificate is granted.